UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, et al. | * * * |
| Plaintiffs, | * * |
| v. | * Civil Action No. 25-00666 (LLA) |
| | * |
| DEPARTMENT OF JUSTICE | * * |
| Defendant. | * * |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION FOR EXPEDITED PROCESSING**

NOW COMES Plaintiffs The James Madison Project and Brian Karem, by and through their undersigned counsel, pursuant to the schedule set by the Court in its Minute Order dated July 28, 2025, to hereby move for expedited processing of their Freedom of Information Act request.

A Memorandum of Law and proposed Order are attached.

Date: July 31, 2025

                                                   Respectfully submitted,

                                                    s/*Mark S. Zaid*

                                                    _____
Mark S. Zaid, Esq.
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 498-0011
Mark@MarkZaid.com
Brad@MarkZaid.com

Attorneys for Plaintiffs