

U.S. Department of Justice

Criminal Division

*Office of Enforcement Operations*  Washington, D.C. 20530

**VIA Electronic Mail**  March 13, 2025

Bradley P. Moss, Esq.
James Madison Project
Suite 700
1250 Connecticut Avenue, N.W.  Request No. CRM-302261883
brad@markzaid.com  Subject: Classified Documents at Mar-a-Lago

Dear Mr. Moss:

The Criminal Division acknowledges receipt of your Freedom of Information Act request dated March 5, 2025. Your request was received in this Office on March 5, 2025. In that request, you asked for access to records concerning the above-mentioned subject. Your request has been assigned file number CRM-302261883. You should refer to this number in any future correspondence with this Office.

Although it is typically the practice of this Office to route misdirected requests to the appropriate Department of Justice component, I note that you also sent this request to the Federal Bureau of Investigation (FBI), the National Security Division (NSD), and the Office of Information Policy (OIP). As the proper Components are in receipt of this request, there is no further action for this Office to take and I am administratively closing your request file.

As to your request for expedited processing, your request is moot as this response has been issued within ten days of receipt of the request. As to your request for a fee waiver and preferred fee status, your request is moot as there are no fees associated with this request.

You may contact our FOIA Public Liaison at the (202) 616-0307 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with the Criminal Division's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account on the following website: https:/www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my

response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

                                    Sincerely,

                                    Christina Butler
                                    Chief
                                    FOIA/PA Unit