**U.S. Department of Justice**

National Security Division

*Washington, D.C. 20530*

Mark S. Zaid,
Mark S. Zaid, P.C.
1250 Connecticut Ave. NW, Suite 700
Washington, DC 20036
mark@markzaid.com
brad@markzaid.com

July 25, 2025

Re:   NSD FOIA/PA #25-305
      (James Madison Project, et al,
      v. DOJ, 25-cv-0666)

Dear Mark Zaid:

    This letter formally notifies you that your request for expedited processing of your FOIA request (NSD FOIA #25-305) has been denied.

    You have requested expedited processing of your request pursuant to the Department's standard permitting expedition for requests involving "[a]n urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information." 28 C.F.R. § 16.5(e)(1)(ii).  Based on the information you have provided, I have determined that your request for expedited processing under this standard should be denied. This Office cannot identify a particular urgency to inform the public about an actual or alleged federal government activity beyond the public's right to know about government activities generally. Please be advised that, although your request for expedited processing has been denied; it has been assigned to a Government Information Specialist in this Office and records searches continue at this time.

    Furthermore, regarding your request for a fee waiver, the processing of this request (NSD FOIA #25-305) will not result in any fees.

    As stated previously, our policy is to process FOIA requests on a first-in, first-out basis. Any searches conducted in response to your request will be limited to the records of the National Security Division. Consistent with this policy, every effort will be made to respond to your request as quickly as possible. The actual processing time will depend upon the complexity of the request, whether it involves sensitive or voluminous records, and whether consultations with other agencies or agency components are appropriate.

    As this matter is in litigation, if you have any questions, please contact Assistant United States Attorney Douglas Dreier, of the United States Attorney's Office, District of Columbia at Douglas.Dreier@usdoj.gov.

Sincerely,