IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, et al. | * * * |
| Plaintiffs, | * * |
| v. | * Civil Action No. 25-00666 (LLA) * |
| DEPARTMENT OF JUSTICE | * * |
| Defendant. | * * |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

Upon consideration of Plaintiffs' Motion to Compel Expedited Processing, and the entire record herein, it is this _____ day of _____ 2025, hereby,

ORDERED, that Plaintiffs' Motion is granted; and,

FURTHER ORDERED, that Defendant shall produce to the Plaintiffs all non-exempt records within 90 days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE