UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE <br><br> Defendant. | Civil Action No. 25-cv-0666 (LLA) |

### SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Amanda L. Torres and remove the appearance of Douglas C. Dreier, Assistant United States Attorney, as counsel for Defendant in the above-captioned case.

Dated: November 16, 2025

Respectfully submitted,

By: */s/ Amanda L. Torres*
AMANDA L. TORRES
D.C. Bar No. 1562702
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2507
Amanda.Torres@usdoj.gov

*Counsel for Defendant*