UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE JAMES MADISON PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 25-0666 (LLA) |

**DEFENDANT'S PUBLIC STATUS REPORT**

Pursuant to the Court's July 23, 206, Minute Order, Defendant, the Department of Justice ("Department"), respectfully submits its Public Status Report in this Freedom of Information Act ("FOIA") action in response to the following Court inquiries.

1. **The Status of Plaintiff's FOIA Request**

   a. <u>FBI</u>: Thus far, the FBI has issued six responses to Plaintiffs regarding 1,469 pages of material. This includes one response since the last status report. Of the 1,469 pages reviewed, 24 pages have been released to Plaintiff, 16 were removed as duplicates, and 1,429 were consulted to other government agencies. The FBI further sent Plaintiff a status letter in July of 2026 advising that the FBI was awaiting consultation responses and had no records to process that month.

   b. <u>OIP</u>: Thus far, OIP has issued two interim responses to Plaintiffs regarding fifty-one pages of material and certain additional material that is included in appendices to Volume II of the Report of Special Counsel Jack Smith. The fifty-one pages have been withheld in full pursuant to Exemption 5 of the FOIA, and the additional material has been withheld pursuant to a court order issued on February 23, 2026 by the United States District Court for the Southern District of Florida. With respect to the remaining responsive material located by OIP during its search, OIP is awaiting consultation responses for that material from various Executive Branch equity holders. OIP will provide its response(s) as to that material once the consultation process is completed. OIP has also issued a response to Plaintiffs regarding eighty-seven pages of material that were referred to OIP by DOJ's

1

National Security Division ("NSD").  OIP determined that these eighty-seven pages are not responsive to Plantiffs' request but noted that such material would have been excluded regardless pursuant to the parties' narrowing agreement regarding publicly available court filings.  OIP also directed Plaintiffs to the specific docket entries for reference.

Dated:  August 6, 2026
       Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    *Amanda L. Torres*
AMANDA L. TORRES
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2507

*Attorneys for the United States of America*

2